IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Regan T. James, | C/A No. 3:17-491-MBS-PJG |
| Plaintiff, | |
| v. | **ORDER** |
| Stephen Benjamin, in his official and individual capacities; Daniel Hood, in his official and individual capacities; Jeffery Kraft, in his official and individual capacities; Robert Webb, in his official and individual capacities; John Doe 1, in his official and individual capacities; John Doe 2, in his official and individual capacities; John Doe 3, in his official and individual capacities; John Doe 4, in his official and individual capacities; John Doe 5, in his official and individual capacities; John Doe 6, in his official and individual capacities; G.M. Gates, in his official and individual capacities; Rafael Rodriguez, in his official and individual capacities; Rueben Santiago, in his official and individual capacities; Melron Kelly, in his official and individual capacities; Skip Holbrooke, in his official and individual capacities; W. Mike Hemlepp, Jr., in his official and individual capacities; Teresa Wilson, in her official and individual capacities; City of Columbia South Carolina; Walmart Corporation, Private Entity; David Fultz, in his official and individual capacities; Jimmy Sherman, in his official and individual capacities; E.L. Sutton; Robert Allman; Jarod D. Glover, | |
| Defendants. | |

    This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge. On May 3, 2017, the court issued an order authorizing issuance and service of process on the defendants. (ECF No. 13.) In that order, under the heading "Construction of the Pleading," the court, following initial screening pursuant to applicable law, listed the claims it construed as raised by the Plaintiff in the Complaint.

Counsel has now entered an appearance for one or more named defendants.  The court directs *each legal representative entering an appearance in this matter on behalf of any defendant* to certify that the court's order authorizing service of process has been received and that the Plaintiff's claims as construed by the court have been reviewed by completing the "Defendant's Certification" below and filing it with the court within seven (7) days from the date of this order.  If *any party* disagrees with the court's construction of the Plaintiff's claims, he or she may file an appropriate motion with the court within seven (7) days from the date of this order.

**IT IS SO ORDERED**.

May 30, 2017
Columbia, South Carolina

s/Paige J. Gossett
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

### Defendant's Certification

I, _____ *(print name)*, hereby certify that I have received the order authorizing issuance and service of process in this case and have reviewed the court's construction of the pleading.

_____
*Signature of party or legal representative*

_____
*Date*